UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FALCONPOINT UNLIMITED, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN J. SENN, ESQ., an individual, SENN LAW, a professional corporation, RANDOLPH MCCONVILLE, an individual; MONA MCCONVILLE, an individual; DOES 1 through 50,<br><br>Defendants. | Case No. 14-cv-02342 NC<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: DISQUALIFICATION and GRANTING REQUEST TO STAY THE CASE** |

On January 5, 2015, the Court ordered Kevin Senn to show cause why he should not be disqualified from representing the other defendants in this case due to a potential or actual conflict of interest. Dkt. No. 40. In response, defendants Randolph and Mona McConville requested that the Court postpone all court deadlines with 60 days so that Senn Law, p.c. can withdraw as counsel for Randolph and Mona McConville and they can retain new, separate counsel. Dkt. No. 42. Plaintiff has not opposed this request.

The Court STAYS this case, effective immediately, until March 20, 2015. The parties may explore settlement during the stay and may use the services of Magistrate Judge Donna M. Ryu when she is available. The Court will issue a separate order referring

Case No. 14-cv-02342 NC
ORDER STAYING CASE

1  Randolph and Mona McConville to the Federal Pro Bono Project for the purpose of finding
2  counsel who would represent them on pro bono basis.
3        The Court will hold a further case management conference on April 1, 2015, at 10:00
4  a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San
5  Francisco, California.  The parties must file an updated joint case management statement at
6  least one week prior to the conference.  The January 5 order to show cause is continued to
7  April 1, 2015.
8        IT IS SO ORDERED.
9  Date: January 21, 2015

                                  Nathanael M. Cousins
                                  United States Magistrate Judge

Case No. 14-cv-02342 NC
ORDER STAYING CASE        2