UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCONPOINT UNLIMITED, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN J. SENN, ESQ., an individual, SENN LAW, a professional corporation, RANDOLPH MCCONVILLE, an individual; MONA MCCONVILLE, an individual; DOES 1 through 50,<br><br>　　　　Defendants. | Case Number: 14-cv-02342 NC<br><br>ORDER APPOINTING COUNSEL |

　　Because defendants Randolph McConville and Mona McConville have requested and are in need of counsel to assist them in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Christopher Cox and Bambo Obaro, of Weil, Gotshal & Manges LLP, are hereby appointed as counsel for Randolph McConville and Mona McConville in this matter.

　　The scope of this referral shall be for:

　　　　X　all purposes for the duration of the case

　　　　☐　the limited purpose of representing the litigant in the course of

　　　　　　☐　mediation

　　　　　　☐　early neutral evaluation

　　　　　　☐　settlement conference

　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

　　　　　　　　_____

　　　　　　☐　discovery as follows:
　　　　　　　　_____
　　　　　　　　_____

　　　　　　☐　other:
　　　　　　　　_____
　　　　　　　　_____

　　This action has been stayed until March 20, 2015.  *See* Dkt. No. 44.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
United States District/Magistrate Judge

