UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCONPOINT UNLIMITED, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN J. SENN, et al.,<br><br>　　　　　Defendants. | Case No.14-cv-02342-NC<br><br>**ORDER TO SHOW CAUSE RE: SENN'S REPRESENTATION OF SENN LAW LLP** |

The Court has been notified that Kevin Senn's membership in the bar of this Court has been suspended on an interim basis. Senn appears in the present action on behalf of himself and his law firm, Senn Law, a professional corporation. Senn may continue to proceed pro se, if he wishes. However, Local Rule 3-9(b) provides, "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Therefore, Senn Law must obtain counsel prior to filing a response to the McConville's motion for leave to file a cross-claim, Dkt. No. 66. The Court modifies the briefing schedule to permit Senn and Senn Law until October 2, 2015, to file a response to Dkt. No. 66. The October 7, 2015, case management conference remains on the schedule, with an updated case management statement due September 30.

**IT IS SO ORDERED.**

Dated: September 12, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.:14-cv-02342-NC