UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCONPOINT UNLIMITED, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN J. SENN, et al.,<br><br>    Defendants. | Case No.14-cv-02342-NC<br><br>**ORDER TO SHOW CAUSE** |

The Court previously issued an order to show cause requiring Senn Law PC to obtain counsel in this matter under L.R. 3-9(b). Dkt. No. 68. The Court required Senn Law to do so by October 2, 2015. No counsel has appeared for Senn Law. Additionally, Kevin Senn and Senn Law did not respond to the Court's order nor the McConvilles' motion to add a cross-claim. Neither defendant appeared at the summary judgment hearing on August 5, 2015, and neither appeared at the October 7, 2015, case management conference. Therefore, the Court orders Senn and Senn Law to show cause by October 19, 2015, why the Court should not enter default on the claim and cross-claim against both defendants.

**IT IS SO ORDERED.**

Dated: October 13, 2015        _____
                               NATHANAEL M. COUSINS
                               United States Magistrate Judge

Case No.14-cv-02342-NC