UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCONPOINT UNLIMITED, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN J. SENN, et al.,<br><br>    Defendants.<br><br>RANDOLPH MCCONVILLE,<br>MONA MCCONVILLE,<br><br>    Cross-Complainants,<br><br>    v.<br><br>KEVIN J. SENN, SENN LAW, a professional corporation,<br><br>    Cross-Defendants. | Case No.14-cv-02342-NC<br><br>**ORDER DIRECTING CLERK TO ENTER DEFAULT AS TO SENN AND SENN LAW** |

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

The Court previously issued an order to show cause requiring Senn Law PC to obtain counsel by October 2, 2015. Dkt. No. 68. Additionally, Kevin Senn and Senn Law did not respond to the Court's order nor the McConvilles' motion to add a cross-claim. Neither defendant appeared at the summary judgment hearing on August 5, 2015, and neither appeared at the October 7, 2015, case management conference. On October 13, the Court ordered Senn and Senn Law to show cause why default should not be entered by

Case No.14-cv-02342-NC

1   October 19, 2015.  No response was filed, and no answer to the McConville's cross-claim
2   has been filed.
3         Thus, the Court directs the clerk of the Court to enter Senn and Senn Law's default
4   on the claim and cross-claim.  Falconpoint and the McConvilles may move for default
5   judgment by November 20, 2015.
6   **IT IS SO ORDERED.**

8   Dated:  October 30, 2015   _____
9                                                NATHANAEL M. COUSINS
                                             United States Magistrate Judge